# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00147-CV

**Carolyn Barnes, Appellant**

**v.**

**University Federal Credit Union and**
**Government Employees Insurance Company/GEICO Insurance, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-05-003010, HONORABLE GUS J. STRAUSS, JR., JUDGE PRESIDING

## S U P P L E M E N T A L   O P I N I O N

In response to our opinion issued in this appeal on April 18, 2013, University Federal Credit Union (UFCU) has filed with the district court a remittitur reducing its award of attorneys' fees for this appeal to $15,000. In accordance with our prior opinion, we reform the district court's judgment to award UFCU $15,000 in attorneys' fees for this appeal instead of $25,000. In our opinion issued on April 8, 2013, we overruled appellant Carolyn Barnes's remaining issues on appeal. Accordingly, we affirm, as reformed herein, the trial court's judgment.

_____

Scott K. Field

Before Chief Justice Jones, Justices Pemberton and Field

Reformed and, as Reformed, Affirmed

Filed:   July 2, 2013